IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:03CR223 |
| YVONNE SMITH, | |
| Defendant, | |
| and | |
| GRAPETREE MEDICAL STAFFING LLC Garnishee. | |

**ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT**

This matter comes before this Court on the Application for Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against GrapeTree Medical Staffing LLC, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against GrapeTree Medical Staffing LLC, whose address 2501 Boji Bend Drive, Suite 100, Milford, IA 51351.

DATED this 16th day of April, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge